UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:  
Robert D. Barbet,  
Debtor

CHAPTER 13  
CASE NO. 14-10036-DF

**CONSENT ORDER REGARDING SANTANDER BANK, N.A.'S MOTION FOR RELIEF FROM STAY**

(65 South Comstock Parkway, Cranston, RI 02921)

Now come Santander Bank, N.A. and Robert D. Barbet ("Debtor") and hereby stipulate as follows:

1. The total post-petition arrearage as of December 23, 2014 is **$3,587.58** consisting of the following post-petition payments and charges:

   Payments due:

   | | | |
   |---|---|---|
   | 11/01/2014-12/01/2014 | 2 @ $1,239.39 | $ 2,478.78 |
   | Legal Fees and Costs for MFR | | $ 826.00 |
   | Post Petition Fees | | $ 518.50 |
   | Suspense Credit | | (235.70) |
   | | Total Due | **$ 3,587.58** |

2. The Debtor shall pay the November and December payments totaling $2,478.78 to Santander Bank, N.A. by **December 23, 2014**, thereby reducing the arrears to total $1,108.80.

3. All payments are due on the 1st of the month and have a fifteen day grace period. On or before January 1, 2015 and by the 15th of each month thereafter through March 1, 2015, the Debtor shall make payments as set forth below:

**Consent Order Payment Schedule**

| Payment Number (or due date) | Monthly Payment Amount | Monthly Arrearage Amount | Total Monthly Payment |
|---|---|---|---|
| 1/1/2015 | $1,239.39* | $369.60 | $1,608.99 |
| 2/1/2015 | $1,239.39* | $369.60 | $1,608.99 |
| 3/1/2015 | $1,239.39* | $369.60 | $1,608.99 |

1

All payments should be made payable to **Santander Bank, N.A** and sent to the following address:

**Santander Bank, N.A**.
Mail Code: 10-6438-FB7
601 Penn Street
Reading, PA 19601

*If the Debtor receives notice of a change to the regular monthly payment amount within the life of the consent order, the Debtor shall make the appropriate adjustment to the total monthly amount due. The monthly arrearage amount will not change.

4. Commencing April 1, 2015, and monthly thereafter, the Debtor shall make his regular monthly post-petition payments in the amount of $1,239.29* subject to change pursuant to the original terms of the Security Agreement.

5. Until June 1, 2015, if the Debtor fails to make the payments outlined in paragraphs two and three of this consent order, the Lender's Motion for Relief from Stay may be granted without hearing by the Court upon Lender filing a Certificate of Non-Compliance after ten (10) days notice of default to the Debtors and the Debtors Attorney, by first class mail postage prepaid or facsimile. A $50.00 fee shall be charged for every Notice of Default needed throughout the life of this stipulation agreement. A $150.00 fee shall be charged for every Certificate of Non-Compliance needed throughout the life of this stipulation agreement.

6. The terms of this consent order shall be null and void if the case is converted or dismissed.

*Diane Finkle*

Honorable Diane Finkle
United States Bankruptcy Judge

Agreed to on this 24th day of December, 2014

| | |
|---|---|
| Santander Bank, N.A. | By Robert D. Barbet's Attorney |
| By Its Attorney | /s/ Russell D. Raskin_____ |
| /s/ Tatyana P. Tabachnik_____ | Russell D. Raskin, Esquire |
| Tatyana P. Tabachnik, Esquire (RI #8911) | Raskin & Berman |
| HARMON LAW OFFICES, P.C. | 116 East Manning Street |
| 150 California Street | Providence, RI 02906 |
| Newton, MA 02458 | (401) 421-1363 |
| 617-558-0500 | Email: mail@raskinberman.com |
| ribk@harmonlaw.com | |